MARK P. VELEZ, ESQ. (SBN 163484)
KELSEY A. WEBBER, ESQ. (SBN 303721)
**THE VELEZ LAW FIRM**
3010 Lava Ridge Court, Suite 180
Roseville, CA 95661
Telephone: (916) 774 – 2720
Facsimile: (916) 774 – 2730

Attorneys for PLAINTIFF ROBERTA ESFANDIARFARD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA: *ex rel.* ROBERTA ESFANDIARFARD, and on behalf of THE STATE OF CALIFORNIA, AND UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> SUTTER HEALTH, a California Corporation, <br><br> Defendant | 2:16-CV-0649 JAM AC <br> Civil Action No._____ <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** <br><br> **DO NOT PLACE IN PRESS BOX** <br> **DO NOT ENTER ON PACER** <br><br> SEALED |

**ORDER**

Upon consideration of Plaintiff relator's request that this matter be filed *in camera* and under seal pursuant to 31 U.S.C. § 3730(b)(2), it is hereby

ORDER                                                                 1

1    **ORDERED** that Plaintiff relator's request is GRANTED, and that the matter shall be placed under seal pursuant to the provisions of § 3730(b)(2), and shall remain under seal until further order of the Court.

Dated: March 29, 2016

_____
United States District Judge