PHILLIP A. TALBERT
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel.*, ROBERTA ESFANDIARFARD,<br><br>-vs-<br><br>SUTTER HEALTH, a California Corporation,<br><br>Defendant. | CASE NO. 2:16-cv-0649 JAM AC<br><br>[~~PROPOSED~~] ORDER ON UNITED STATES' *EX PARTE* APPLICATION FOR SECOND EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF SEAL<br><br>[FILED UNDER SEAL] |

Upon consideration of the United States' *ex parte* application for a six-month extension of the intervention deadline and seal period, and for good cause shown, the Court hereby rules as follows:

1. The United States and State of California shall have through and including May 26, 2017, to notify the Court of their respective decisions on whether to intervene in this action; and

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court.

IT IS SO ORDERED.

DATE: 11-29-2016

HONORABLE JOHN A. MENDEZ
United States District Judge