PHILLIP A. TALBERT
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel.*, ROBERTA ESFANDIARFARD,<br><br>Plaintiffs,<br><br>-vs-<br><br>SUTTER HEALTH, a California Corporation,<br><br>Defendant. | CASE NO. 2:16-cv-0649 JAM AC<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI TAM* COMPLAINT<br><br>**[FILED UNDER SEAL]** |

Upon consideration of the *ex parte* application of the United States of America for an Order partially lifting the seal on the *qui tam* Complaint, and all subsequent amendments thereto (the "Complaint"),

IT IS HEREBY ORDERED that the seal be partially lifted in this action to permit the United States at its option to disclose the existence and/or provide a copy of the Complaint to the Defendant. At the discretion of the government's counsel, the Complaint may be redacted to conceal the identity of witnesses and other sensitive information. All other filings in this case will remain sealed, consistent with the Court's Order dated November 29, 2016.

IT IS SO ORDERED.

Dated: 2-2-2017

_____
HONORABLE JOHN A. MENDEZ
United States District Judge