1  XAVIER BECERRA
   Attorney General of California
2  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
3  VINCENT DICARLO
   Supervising Deputy Attorney General
4  JENNIFER S. GREGORY (SBN 228593)
   Deputy Attorney General
5    Bureau of Medi-Cal Fraud & Elder Abuse
     2329 Gateway Oaks Drive, Suite 200
6    Sacramento, CA 95833-4252
     Telephone: (916) 621-1823
7    E-mail: Jennifer.Gregory@doj.ca.gov
     Facsimile: (916) 274-2929
8
   *Attorneys for Plaintiff State of California*
9

10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA, THE | Case No. 2:16-cv-0649 JAM AC |
13 | STATE OF CALIFORNIA *ex rel.*, ROBERTA ESFANDIARFARD, | **STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B))** |
14 | Plaintiffs, | |
15 | v. | |
16 | SUTTER HEALTH, a California Corporation, | |
17 | Defendants. | |
18

19     Pursuant to the California False Claims Act, Cal. Gov. Code § 12652(c)(6)(B)), the State of
20 California ("California") notifies the Court of its decision to decline intervention in the
21 above-captioned action.
22     Although not intervening at this time, pursuant to Cal. Gov. Code §12652(f)(1), requiring
23 written consent by the Court and the Attorney General for dismissal, California requests that the
24 Court solicit the written consent and approval of California before ruling or granting either the
25 Relator's or Defendant's proposal that this action be dismissed, settled, or otherwise discontinued.
26     Pursuant to Cal. Gov. Code § 12652(f)(1), California requests that, should this case
27
28
STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CAL. GOV. CODE §12652(c)(6)(B))
Case No. 2:16-cv-0649 JAM AC

1

continue, the parties serve copies of all pleadings and motions subsequently filed in this action upon California, and California further reserves the right to order any deposition transcripts and to intervene in the action, for good cause shown, at a later date.

Upon the unsealing of this matter, California requests that only the Complaint, this Notice, and the Court's accompanying Order be unsealed served upon Defendant. California asks that all other materials in the Court's file (including, but not limited to, any hearing transcripts, applications for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on Defendant because, in discussing the content and extent of the United States and California's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Dated: December 14, 2017

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California

_____
JENNIFER S. GREGORY
Deputy Attorney General

STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CAL. GOV. CODE §12652(c)(6)(B))
Case No. 2:16-cv-0649 JAM AC

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled (*specify*):

**CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

was served in the manner stated below:

**SERVED BY UNITED STATES MAIL SERVICE**: Pursuant to Fed. R. Civ. P. 5, on 12/14/2017, I served the following persons and/or entities by United States mail, first class, postage prepaid, and addressed as follows:

Mark P. Velez, Esq.
Kelsey A. Webber, Esq.
THE VELEZ LAW FIRM
3010 Lave Ridge Court, Suite 180
Roseville, CA 95661

Phillip A. Talbert, Esq.
Edward A. Baker, Esq.
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (CM/ECF)**: The foregoing document will be served by the court via ECF and hyperlink to the document. On December 14, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive ECF transmission at the email addresses stated below:

velezlaw@live.com

Baker, Ed (USACAE)
Ed.Baker@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/17 | Ivette De Alba | /s/ Ivette De Alba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |