1  PHILLIP A. TALBERT
   United States Attorney
2  EDWARD A. BAKER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, THE STATE     | **CASE NO. 2:16-cv-0649 JAM AC**
   OF CALIFORNIA *ex rel*., ROBERTA        |
   ESFANDIARFARD,                          | UNITED STATES' NOTICE OF CONSENT
12                                         | TO VOLUNTARY DISMISSAL
                Plaintiffs,
13
   -vs-
14
   SUTTER HEALTH, a California Corporation,
15
                Defendant.
16

17

18    Relator has indicated to the United States that she intends to file a Notice of Voluntary

19 Dismissal of the Complaint.  Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to

20 the dismissal of this action, so long as it is without prejudice to the United States.

21 DATED:  December 15, 2017              Respectfully Submitted,

22
                                         PHILLIP A. TALBERT
23                                       United States Attorney

24                                       Eastern District of California

25
                                  By:    */s/ Edward A. Baker*
26                                       EDWARD A. BAKER
                                         Assistant United States Attorney
27

28

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **December 15, 2017** she served a copy of:

UNITED STATES' NOTICE OF CONSENT TO VOLUNTARY DISMISSAL

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Mark P. Velez, Esq.
Kelsey A. Webber, Esq.
THE VELEZ LAW FIRM
3010 Lava Ridge Court, Suite 180
Roseville, CA  95661

Jennifer Gregory, Esq.
Deputy Assistant General
Bureau of Medi-Cal Fraud and Elder Abuse (BMFEA)
Office of the Attorney General
State of California Department of Justice
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

/s/ *Janet Bain*
JANET BAIN