1  XAVIER BECERRA
   Attorney General of California
2  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
3  VINCENT DICARLO
   Supervising Deputy Attorney General
4  JENNIFER S. GREGORY (SBN 228593)
   Deputy Attorney General
5    Bureau of Medi-Cal Fraud & Elder Abuse
     2329 Gateway Oaks Drive, Suite 200
6    Sacramento, CA 95833-4252
     Telephone: (916) 621-1823
7    E-mail: Jennifer.Gregory@doj.ca.gov
     Facsimile: (916) 274-2929

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA** *ex rel.*, **ROBERTA ESFANDIARFARD,**<br><br>Plaintiffs,<br><br>v.<br><br>**SUTTER HEALTH, a California Corporation,**<br><br>Defendant. | Case No. 2:16-cv-0649 JAM AC<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B))** |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows:

All contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendant, except for this Order, California's Notice of Election to Decline Intervention, and any election to intervene or decline intervention filed by the United States', all of which Relator shall serve upon Defendant only after the unsealing of this matter and the service of the Complaint;

Should the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent and approval of California before ruling or granting its approval;

The parties shall serve all pleadings and motions subsequently filed in this action on California and California may order any deposition transcripts and is entitled to intervene in the action, for good cause shown, at a later date.

**IT IS SO ORDERED.**

Dated: _12/15/2017_____    _____
　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER ON NOTICE OF ELECTION TO DECLINE INTERVENTION (CAL. GOV. CODE §12652(c)(6)(B))
Case No. 2:16-cv-0649 JAM AC

2